THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Jaques Jamar
 Sullivan, Appellant.
 
 
 

Appeal From Greenville County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2011-UP-446
Submitted October 1, 2011  Filed October
 11, 2011   

AFFIRMED

 
 
 
J. Falkner Wilkes, of Greenville, for
 Appellant.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Christina Catoe, all of Columbia; and Solicitor
 W. Walter Wilkins, III, of Greenville, for Respondent.
 
 
 

PER CURIAM: Jaques
 Jamar Sullivan appeals his conviction for trafficking cocaine, possession of a
 weapon during the commission of a violent crime, and simple possession of
 marijuana, arguing the trial court erred in admitting evidence obtained by a
 defective search warrant.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Dunbar,
 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) (stating an issue is preserved
 for appellate review when it was raised to and ruled upon by the trial court
 and when the ground presented to the trial court was the same as the ground
 argued on appeal).
AFFIRMED.
HUFF,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.